1

2

3

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

4

5

6

7

8

9

10

11

12

13

GEORGE SOULIOTES,

            Plaintiff,

    v.

CITY OF MODESTO; MODESTO
POLICE DEP'T; MODESTO FIRE
DEP'T; SGT. MIKE HARDEN; DET.
ROGER LEE; DET. DICK RIDENOUR;
DET. JOHN BUEHLER; DET. DODGE
HENDEE; OFFICER JOE PIMENTEL;
INVESTIGATOR BOB EVERS;
INVESTIGATOR TOM REUSCHER;
and DOES 1-10, INCLUSIVE,

            Defendants.

Case No.  1:15-CV-00556-LJO-SKO

**STIPULATION AND ORDER
EXTENDING TIME TO FILE
AMENDED COMPLAINT AND
PLEADING IN RESPONSE
THERETO AND TAKING
DECEMBER 15, 2015 MOTION
OFF CALENDAR**

Hearing:  December 15, 2015
Time:  8:30 a.m.
Courtroom: 4
The Hon. Lawrence J. O'Neill

14

TO THE HONORABLE COURT:

15

16

17

      WHEREAS the defendants filed a motion to dismiss and for judgment on the pleadings on

November 13, 2015 (Dkt. No. 34); and

18

19

      WHEREAS, based on the December 15, 2015 hearing date, the plaintiff's opposition is

due on or before December 1, 2015 pursuant to Eastern District Local Rule 230(c); and

20

21

      WHEREAS plaintiff intends to file an amended complaint in accordance with Federal

Rule of Civil Procedure 15(a)(1)(B) no later than December 11, 2015; and

22

23

      WHEREAS permitting plaintiff to file an amended complaint will further the just, speedy

and efficient resolution of this action; and

24

25

26

      WHEREAS lead defense counsel's schedule will not permit him to file a responsive

pleading to the plaintiff's amended complaint before the end of January 2016.

27

28

      IT IS HEREBY STIPULATED that the plaintiff will have until December 11, 2015 to file

an amended complaint.  Defendants will then have until January 28, 2016 to file a responsive

pleading to the amended complaint.  The pending motion shall be taken off the calendar based on the plaintiff's intended filing of an amended complaint, and it will be the parties' responsibility to place the motion back on the calendar if the plaintiff does not file an amended complaint by December 23, 2015.  In light of the foregoing, the dates presently designated as the deadline for filing the parties' joint scheduling report and the scheduling  conference (Dkt. No. 37) shall be re-set as the Court deems appropriate.

DATED:                                        Respectfully submitted,

                                              Loevy & Loevy
                                              Law Office of Kevin G. Little

                                              By:  /s/ Rachel Steinback_____
                                                    Rachel Steinback
                                                    Attorneys for Plaintiff
                                                    George Souliotes

                                              City of Modesto, Office of the City Attorney
                                              Meyers, Nave, Riback, Silver & Wilson

                                              By:  /s/ Blake Loebs_____
                                                    Blake P. Loebs
                                                    Attorneys for Defendants
                                                    City of Modesto; Chief Mike Harden; Det.
                                                    Roger Lee; Det. Dick Ridenour; Det. Jon
                                                    Buehler; Det. Dodge Hendee; Officer Joe
                                                    Pimentel; Captain Bob Evers; and Captain
                                                    Tom Reuscher

GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

    Dated:   **December 2, 2015**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**