Russell Ainsworth, Illinois Bar No. 6280777
(E-Mail: russell@loevy.com)
Rachel Steinback, Illinois Bar No. 6300949
(E-Mail: rachel@loevy.com)
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

In Association With:
Kevin G. Little, SBN 149818
(E-Mail: kevin@kevinlittle.com)
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Tel.: (559) 342-5800
Fax: (559) 420-0839

Attorneys for Plaintiff GEORGE SOULIOTES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOULIOTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO; MODESTO POLICE DEP'T; MODESTO FIRE DEP'T; SGT. MIKE HARDEN; DET. ROGER LEE; DET. DICK RIDENOUR; DET. JOHN BUEHLER; DET. DODGE HENDEE; OFFICER JOE PIMENTEL; INVESTIGATOR BOB EVERS; INVESTIGATOR TOM REUSCHER; and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.  1:15-cv-00556-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND PLEADING IN RESPONSE THERETO** |

TO THE HONORABLE COURT:

　　WHEREAS the defendants filed a motion to dismiss and for judgment on the pleadings on November 13, 2015 (Dkt. No. 34); and

　　WHEREAS, based on the December 15, 2015 hearing date, the plaintiff's opposition is due on or before December 1, 2015 pursuant to Eastern District Local Rule 230(c); and

1     WHEREAS plaintiff intends to file an amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B) no later than December 11, 2015; and

    WHEREAS permitting plaintiff to file an amended complaint will further the just, speedy and efficient resolution of this action; and

    WHEREAS lead defense counsel's schedule will not permit him to file a responsive pleading to the plaintiff's amended complaint before the end of January 2016.

    IT IS HEREBY STIPULATED that the plaintiff will have until December 11, 2015 to file an amended complaint.  Defendants will then have until January 28, 2016 to file a responsive pleading to the amended complaint.  The pending motion shall be taken off the calendar based on the plaintiff's intended filing of an amended complaint, and it will be the parties' responsibility to place the motion back on the calendar if the plaintiff does not file an amended complaint by December 23, 2015.  In light of the foregoing, the dates presently designated as the deadline for filing the parties' joint scheduling report and the scheduling conference (Dkt. No. 37) shall be re-set as the Court deems appropriate.

DATED:                        Respectfully submitted,

                                Loevy & Loevy
                                Law Office of Kevin G. Little

                            By: /s/ Rachel Steinback_____
                                Rachel Steinback
                                Attorneys for Plaintiff
                                George Souliotes

                                City of Modesto, Office of the City Attorney
                                Meyers, Nave, Riback, Silver & Wilson

                            By: /s/ Blake Loebs_____
                                Blake P. Loebs
                                Attorneys for Defendants
                                City of Modesto; Chief Mike Harden; Det. Roger Lee; Det. Dick Ridenour; Det. Jon Buehler; Det. Dodge Hendee; Officer Joe Pimentel; Captain Bob Evers; and Captain Tom Reuscher

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall file an amended complaint by no later than December 11, 2015. Defendants' response to the amended complaint shall be filed by no later than January 28, 2016.

IT IS SO ORDERED.

Dated:   **January 13, 2016**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE