Russell Ainsworth, Illinois Bar No. 6280777
*(E-Mail: russell@loevy.com)*
Rachel Steinback, Illinois Bar No. 6300949
*(E-Mail: rachel@loevy.com)*
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

*In Association With:*
Kevin G. Little, SBN 149818
*(E-Mail: kevin@kevinglittle.com)*
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Tel.: (559) 342-5800
Fax: (559) 420-0839

Attorneys for Plaintiff GEORGE SOULIOTES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| GEORGE SOULIOTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO; MODESTO POLICE DEP'T; MODESTO FIRE DEP'T; SGT. MIKE HARDEN; DET. ROGER LEE; DET. DICK RIDENOUR; DET. JOHN BUEHLER; DET. DODGE HENDEE; OFFICER JOE PIMENTEL; INVESTIGATOR BOB EVERS; INVESTIGATOR TOM REUSCHER; and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  1:15-CV-00556-LJO-SKO<br><br>**ORDER ON EX PARTE APPLICATION FOR ONE DAY CONTINUANCE OF MOTION TO DISMISS OPPOSITION FILING DEADLINE** |

　　　　This matter is before the Court on Plaintiff's ex parte application for a one-day

continuance of the motion to dismiss opposition deadline, previously set for April 18, 2016.

GOOD CAUSE APPEARING, the Court grants this application and orders that Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint shall be deemed timely filed on April 19, 2016, and that Plaintiff shall be granted six additional pages for his Opposition.  The Court also orders that Defendants shall be granted a reciprocal six additional pages for their Reply, and that the motion hearing date shall be continued to May 16, 2016, with Defendants' Reply due on May 9, 2016.

IT IS SO ORDERED.

Dated:   **April 22, 2016**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

ORDER ON EX PARTE APPLICATION